IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL DUANE STRAIN,

    *Petitioner*,

v.                          Case No.: 4:23cv26-MW/MAL

WARDEN S'MA'AT/FELIPE
MARTINEZ, JR.,

    *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 10, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's amended petition under 28 U.S.C. § 2241, ECF No. 7, is **DISMISSED**." The Clerk shall close the file.

**SO ORDERED on May 11, 2023.**

                                         s/Mark E. Walker_____
                                         **Chief United States District Judge**